PATRICK H. HICKS, ESQ., Bar No. 004632
Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
DC BUILDING GROUP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>DC BUILDING GROUP, LLC, a Nevada Limited Liability Company,<br><br>    Defendant. | Case No. 2:20-cv-00198-KJD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff PATRICK WARREN ("Plaintiff") and Defendant DC BUILDING GROUP, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have three (3) additional weeks to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on January 29, 2020 (ECF No. 1) and served on February 3, 2020. The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **March 16, 2020**.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: February 21, 2020

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
PATRICK WARREN

Dated: February 21, 2020

Respectfully submitted,

PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DC BUILDING GROUP, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: February 24, 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4813-6300-0501.1 061874.1002

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.