PATRICK H. HICKS, ESQ., Bar No. 004632
Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email:   phicks@littler.com
Email:   kbranson@littler.com

Attorneys for Defendant
DC BUILDING GROUP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK WARREN,<br><br>              Plaintiff,<br><br>vs.<br><br>DC BUILDING GROUP, LLC, a Nevada Limited Liability Company,<br><br>              Defendant. | Case No. 2:20-cv-00198-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE DISMISSAL PAPERWORK (AMENDED)** |

Defendant DC BUILDING GROUP, LLC ("Defendant") and PATRICK WARREN ("Plaintiff"), by and through their respective counsel of record, respectfully request a thirty-day extension of the deadline of July 16, 2020 set forth in ECF No. 21 for the parties to file dismissal paperwork, up to and including **August 15, 2020**.  The parties request this additional time to finalize dismissal documents, which they have been diligently working towards since completion of the Early Neutral Evaluation session and are close to completing.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This extension request is made in good faith and not for the purpose of delay.

Dated: July 14, 2020

Respectfully submitted,

*/s/ Michael P. Balaban, Esq.*
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
PATRICK WARREN

Dated: July 14, 2020

Respectfully submitted,

PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DC BUILDING GROUP, LLC

**IT IS SO ORDERED.**

Dated: July 15, 2020

United States Magistrate Judge

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.